```
                                              FILED
                                          IN OPEN COURT

                                            OCT 2 2 2025

                                        CLERK, U.S. DISTRICT COURT
                                              NORFOLK, VA
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:25cr 126 |
| | ) | |
| v. | ) | 18 U.S.C. §§ 115(a)(1)(B), (b)(4), and 1114 |
| | ) | Threatening a Federal Official |
| PIERRE O. MELTON, | ) | (Count 1) |
| | ) | |
| *Defendant.* | ) | |

# INDICTMENT

October 2025 TERM - At Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

## COUNT ONE

1. On or about September 24, 2024, the defendant PIERRE O. MELTON, in the Eastern District of Virginia, did threaten to assault and murder an official, whose killing would be a crime under 18 U.S.C. § 1114, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties and with intent to retaliate against such official on account of performance of official duties, that is, MELTON approached the Department of Defense, Suffolk Complex, and shouted that he was going to shoot the Protective Security Officers manning the vehicle checkpoint at the entrance of the complex, or words to that effect.

(In violation of Title 18, United States Code, Sections 115(a)(1)(B), (b)(4) and 1114.)

*Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office*

United States v. Pierre O. Melton
Criminal No. 2:25cr 126

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

LINDSEY HALLIGAN
UNITED STATES ATTORNEY

By: _____
Joseph L. Kosky
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number (757) 441-6331
Facsimile Number (757) 441-6689
E-Mail Address - joseph.kosky@usdoj.gov